IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANNON WILLIAMS,            )<br>                             )<br>            Petitioner,   )<br>                             )<br>    v.                       )<br>                             )<br>ERIC HOLDER, U.S. ATTORNEY   )<br>GENERAL, and WARDEN NEWTON,  )<br>                             )<br>            Respondents.     )<br>_____) | 8:09CV262<br><br><br>MEMORANDUM OPINION |

This matter is before the Court on its own motion. On September 25, 2009, the Court entered an order (Filing No. 4) stating that petitioner's petition for writ of habeas corpus (Filing No. 1) was insufficient and the Court would not act upon it. Petitioner had until October 24, 2009, to submit a signed amended petition for writ of habeas corpus. Petitioner has failed to submit an amended petition, nor has he responded to the Court's order. Therefore, his petition for writ of habeas corpus will be dismissed. A separate order will be entered in accordance with this opinion.

DATED this 5th day of November, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court